M. P. No. 76-64. NEWTON WOODSON *v.* JAMES MULLEN, *Warden, Adult Correctional Institutions.* Petition for writ of habeas corpus granted for hearing on right of petitioner to be admitted to bail, and the writ to issue forthwith.

The petitioner is ordered to file his brief on or before April 10, 1976, and the respondent is directed to file his brief, in answer thereto, by April 30, 1976 and case is placed on the May, 1976 calendar for oral argument. *Haiganush R. Bedrosian,* for petitioner.

M. P. No. 76-84. RALPH DEMASI *v.* JAMES W. MULLEN, *in his capacity as Warden of the Rhode Island Adult Correctional Institutions.* Respondent directed to file his answer to the petition for writ of habeas corpus for the purpose of bail and therein to *show cause,* if any he has, why petitioner should not be admitted to bail, said answer to be made in compliance with the provisions of Rule 14. *John F. Cicilline, Kirk Y. Griffin,* Boston, Mass., for petitioner.

M. P. No. 76-91. TOWN OF EAST GREENWICH AND THE EAST GREENWICH FIRE DISTRICT *v.* PUBLIC UTILITIES COMMISSION AND PENN CENTRAL COMPANY. Motion of petitioners for a stay of the order of the Public Utilities Commission is denied on condition that the Public Utilities Commission commence hearings on the closing of the Queen Street Railroad Crossing within three weeks of this order and proceed expeditiously in this matter. This order is without prejudice to the petitioners making a new motion for a stay if it becomes necessary. *A. Earl Shaw, Jr.,* Town Solicitor, *George A. Bristol,* for The East Greenwich Fire District, for petitioners. *Julius C. Michaelson,* Attorney General, for respondents. *Roberts & Willey Incorporated, Richard M. Peirce,* for Penn Central Company.